UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN B. PIROG<br><br>Plaintiff(s),<br>(Petitioner)<br><br>V.<br><br>MICHAEL J. ASTRUE, Commission of Social Security,<br><br>Defendant(s),<br>(Respondent) | Case No. CV-08-2093-EDL<br><br>*ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS* |

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.
**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: _____

_____
UNITED STATES *MAGISTRATE* JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B PIROG,<br><br>              Plaintiff,<br><br>   v.<br><br>MICHAEL J ASTRUE et al,<br><br>              Defendant. | Case Number: CV08-02093 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John B. Pirog
c/o General Delivery Mail Pick Up
Novato, CA 94949

Dated: April 25, 2008

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk