AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

| | |
|---|---|
| JOHN B. PIROG, <br> Plaintiff <br> v. <br> MICHAEL J. ASTRUE, Commissioner of SSA <br> Defendant | ) <br> ) <br> )  Civil Action No.   C-08-2093-EDL <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

"Pls. See Attachment for the Info."

A lawsuit has been filed against you.

   Within __90__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   **John B. Pirog, Pro per
   c/o General Delivery Mail Pick Up
   Novato, California 94949**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: __April 30, 2008__       _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____ _____ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

                                              Server's signature

                                              Printed name and title

                                              Server's address

## ATTACHMENT

**TO: (Name & Address of Defendant(s))**

*Civil Process Clerk*
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

*Social Security Administration*
*Office of the General Counsel*
Region IX
333 Market Street, Suite 1500
San Francisco, California 94105

*United States Attorney General*
*United States Department of Justice*
10th & Pennsylvania, N.W.
Washington, D.C. 20530