**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JOHN B. PIROG, | No. C 08-02093 SBA |
| Plaintiff, | No. C 08-02094 SBA |
| v. | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is defendant's Motion for Relief from Order under Fed.R.Civ.P. 60(b)(6) [Docket Nos. 22 in 08-02093 & 18 in 08-02094]. As this is a Social Security appeal and noticed hearings are not held as a matter of course, the Court sets the following briefing schedule. Plaintiff has until December 23, 2008 to file an opposition, if any to plaintiff's motion. Defendant has until January 6, 2008 to file a reply, if any. The Court shall consider the matter submitted on the pleadings.

IT IS SO ORDERED.

December 8, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIROG et al, | Case Number: CV08-02093 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ASTRUE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John B. Pirog
336 Bon Air Center
#233
Greenbrae, CA 94904

Dated: December 10, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2