IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN B. PIROG

    Plaintiff,

v.

MICHAEL ASTRUE,

    Defendant.

No. 08-2093 SBA

**ORDER**

This matter comes before the Court on the Defendant's Motion for Relief from Order pursuant to Fed. R. Civ. P. 60(b). The Court, having reviewed its Order on Defendant's Motion to Dismiss, and considered the arguments presented by the papers, HEREBY GRANTS the Defendant's motion for relief for good cause shown. The Defendant is relieved from answering the complaint while the motion to dismiss is pending. The Court will consider the merits of the motion to dismiss for lack of subject matter jurisdiction, and takes the matter under submission forthwith.

IT IS SO ORDERED.

Dated: 7/15/09

SAUNDRA BROWN ARMSTRONG
United States District Judge