**1**

**2**

**3**

**4**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**5**   JOHN B. PIROG,

**6**          Plaintiff,

**7**      vs.

**8**   MICHAEL ASTRUE,

**9**          Defendant.

**10**

Case No:  C 08-2093 SBA
          C 08-2094 SBA

**ORDER**

Docket 17

**11**      On April 22, 2008, pro se Plaintiff filed a complaint for judicial review of the

**12**   decision of the Commissioner of Social Security as a result of the denial of benefits.  Dkt.

**13**   1.  Also on April 22, 2008, the Court issued its Procedural Order for Social Security

**14**   Review Actions, which requires Defendant to file an answer, as well as Plaintiff to file a

**15**   motion for summary judgment or for remand, and establishes a briefing schedule in relation

**16**   to those matters.  Dkt. 2.  On August 4, 2008, instead of filing an answer, Defendant filed a

**17**   motion to dismiss for lack of jurisdiction, pursuant to Federal Rule of Civil Procedure

**18**   12(b)(1).  Dkt. 17.  On November 7, 2008, the Court denied Defendant's motion to dismiss.

**19**   Dkt. 21.  On November 24, 2008, Defendant filed a motion for reconsideration under

**20**   Federal Rule of Civil Procedure 60(b)(6).  Dkt. 22.  On July 16, 2009, the Court granted

**21**   Defendant's motion for reconsideration, and, as a result, Defendant's motion to dismiss is

**22**   still pending before this Court.  Dkt. 32.

**23**      Since the Court issued its order on July 16, 2009 granting Defendant's motion for

**24**   reconsideration there has been no action taken in the case by either party.  Dkt. 32.  As a

**25**   result, the Court does not have Plaintiff's opposition or Defendant's reply pertaining to

**26**   Defendant's motion to dismiss.  On August 17, 2011, the Court issued an order noting

**27**   Plaintiff's dilatory prosecution of the case, but providing him with another opportunity to

**28**   respond to Defendant's motion to dismiss.  Dkt. 33.  The Court set a briefing schedule for

1  Plaintiff to file his response by no later than September 7, 2011, and Defendant to file his

2  reply by no later than September 14, 2011.  Dkt. 33.  In the order, the Court warned

3  Plaintiff that the failure to respond would result in dismissal of his case without further

4  notice.  Id.  To date, Plaintiff has not responded to Defendant's motion to dismiss.

5       A district court may sua sponte dismiss an action for failure to prosecute or to

6  comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See Link v.

7  Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir.

8  1991).  The court should consider five factors before dismissing an action under Rule

9  41(b): (1) the public interest in the expeditious resolution of the litigation: (2) the court's

10  need to manage its docket; (3) the risk of prejudice to the defendants; (4) the availability of

11  less drastic sanctions; and (5) the public policy favoring the disposition of actions on their

12  merits.  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

13       The first three factors cited above weigh in favor of dismissal in light of the fact that

14  Plaintiff has not pursued this matter for over two years in any fashion whatsoever.  The

15  fourth factor also weighs in favor of dismissal because less drastic sanctions would have

16  little impact in light of the Court's prior warning that the failure to comply with its order

17  setting out a briefing schedule on Defendant's motion to dismiss would result in the

18  dismissal of the action.  Although the fifth factor appears to weigh against dismissal,

19  dismissal is appropriate in light of the other four factors.  See Pagtalunan v. Galaza, 291

20  F.3d 639, 643 (9th Cir. 2002) (finding district court did not abuse its discretion in

21  dismissing petition with prejudice where three of the five factors weighed in favor of

22  dismissal).  In light of the foregoing,

23  //

24  //

25  //

26  //

27  //

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED THAT this action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  September 21, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  PIROG et al,

5          Plaintiff,

6    v.

7  ASTRUE et al,

8          Defendant.
                                                    /
9

10                                          Case Number: CV08-02093 SBA

11                                   **CERTIFICATE OF SERVICE**

12
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
13 Court, Northern District of California.

14 That on September 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing
   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
15 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
   receptacle located in the Clerk's office.

16

17

18
   John B. Pirog
19 336 Bon Air Center
   #233
20 Greenbrae,  CA 94904

21 Dated: September 21, 2011
                                        Richard W. Wieking, Clerk
22
                                                By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28

                                        - 4 -